UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                      Plaintiff,

                                                          DECISION AND ORDER

                                                          11-CR-6153L
                                                          12-CV-6389L

                    v.

TRYN PARKER,

                      Defendant.
_____

      Defendant, Tryn Parker ("Parker"), has filed a motion in this Court pursuant to 28 U.S.C. § 2255 to vacate or correct the judgment (Dkt. #49). That motion is denied. Defendant's present criminal case is still pending and there has been no final adjudication or sentence; therefore, Parker's motion is premature.

      Parker already has filed a § 2255 petition relating to his conviction for conspiracy to commit bank fraud (08-CR-6270L). That motion is still pending before the Court.

## CONCLUSION

      Defendant Tryn Parker's motion (Dkt. #49) to vacate or set aside the judgment is in all respects denied.

      IT IS SO ORDERED.

                                              _____
                                                    DAVID G. LARIMER
                                                 United States District Judge

Dated: Rochester, New York
        July 30, 2012.